[No. 30216-7-I.    Division One.    April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WILLIAM RAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01525-5, Robert C. Bibb, J., entered February 25, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 32259-1-I.    Division One.    April 11, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES EDWARD VASSER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06129-3, Sharon S. Armstrong, J., entered January 27, 1993. *Remanded* by unpublished opinion per Pekelis, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 28827-0-I.    Division One.    April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. REINALDO O. DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00889-9, Frank L. Sullivan, J., entered July 12, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 30007-5-I.    Division One.    April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD A. MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04106-3, Liem E. Tuai, J., entered December 23, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Grosse, J.